## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

FINANCIAL MARKETS
INTERNATIONAL, INC.,

Plaintiff,

v.

BOOZ ALLEN HAMILTON INC.,

Defendant.

Case No. 1:11-cv-01299-TSE-JFA

### NOTICE OF MOTION

PLEASE BE ADVISED THAT on Friday, August 2, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard,[1] Defendant Booz Allen Hamilton Inc. ("BAH"), by counsel, will move this Court for entry of a Protective Order Without Sealing Provisions, in accordance with the accompanying motion and memorandum.

---

[1] Movant's counsel is available to appear in person for oral argument on August 2, and confirmed that counsel for Plaintiff FMI is available for a hearing on that date. However, counsel for Plaintiff FMI requests to participate by telephone in the afternoon ET (to account for the six hour difference in time between Hawaii and Virginia). In a good faith effort to accommodate Plaintiff's counsel, BAH consents to the participation of FMI's counsel by telephone at such time as the Court deems appropriate.

Dated July 26, 2013

BOOZ ALLEN HAMILTON INC.

By counsel

 /s/ Attison L. Barnes, III
Attison  L. Barnes, III (VSB No. 30458)
Tara L. Ward (VSB No. 79182)
Ari S. Meltzer (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax:  (202) 719-7049
abarnes@wileyrein.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on July 26, 2013, I electronically filed

the foregoing with the Clerk of Court by using the CM/ECF system, which will cause a

copy to be served upon:

> Karl G. Blanke, Esq.
> Law Offices of Karl G, Blanke, PLLC
> 4023 Chain Bridge Road, Suite 5
> Fairfax, VA 22030

/s/ Attison L. Barnes, III
Attison L. Barnes, III (VSB No. 30458)
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
*Counsel for Defendant*