IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FINANCIAL MARKETS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOOZ ALLEN HAMILTON, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:11cv1299 (TSE/JFA) |

### ORDER

On August 30, 2013, defendant filed Defendant's Second Motion to Compel Discovery. (Docket no. 123) ("Motion to Compel"). The court is not hearing motions on Friday, September 6, 2013, the date noticed for a hearing on this motion (Docket no. 125). Accordingly, it is hereby

ORDERED that the hearing on defendant's Motion to Compel is continued to **Friday, September 13, 2013 at 10:00 a.m.** Any opposition to the motion must be filed by 5:00 p.m. on Friday, September 6, 2013 and any reply must be filed by 5:00 p.m. on Tuesday, September 10, 2013.

Entered this 30th day of August, 2013.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia