IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FINANCIAL MARKETS INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOOZ ALLEN HAMILTON, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:11cv1299 (TSE/JFA) |

## ORDER

On August 30, 2013, plaintiff filed Plaintiff's Motion to Compel Depositions. (Docket no. 126) ("Motion to Compel"). The court is not hearing motions on Friday, September 6, 2013, the date noticed for a hearing on this motion (Docket no. 129). Accordingly, it is hereby

ORDERED that counsel shall continue to discuss the scheduling of these depositions and shall attempt to resolve the issues that have been raised. If these issues are not resolved, the hearing on plaintiff's Motion to Compel is continued to **Tuesday, September 10, 2013 at 11:00 a.m.** Any opposition to this motion must be filed by 5:00 p.m. on Friday, September 6, 2013 and any reply must be filed by noon on Monday, September 9, 2013.

Entered this 30th day of August, 2013.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia